IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:08-cr-16 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Louis James Allmaras, | ) | |
| | ) | |
| Defendant. | ) | |

Following a referral from the undersigned judge, Defendant Louis James Allmaras appeared before the Magistrate Judge for a hearing on alleged violations of supervised release conditions. The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that the Court find Allmaras violated a condition of supervised release, that his conditions of supervised release be modified, and that the United States' motion to dismiss the first violation alleged in the petition be granted (Doc. #67). Both parties waived their right to object to the Report and Recommendation.

The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's recommendations are appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. The Court finds Allmaras violated condition #2 of supervised release and his conditions of supervision shall be modified in accordance with the Court's Amended Order Setting Conditions of Release filed on September 8, 2011 (Doc. #68). The United States' motion to dismiss the first alleged violation is granted.

**IT IS SO ORDERED.**

Dated this 9th day of September, 2011.

>                                         */s/   Ralph R. Erickson*
>                                         Ralph R. Erickson, Chief Judge
>                                         United States District Court